# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **DEMETRIUS RENDER,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **5:21-cr-00058-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 18], filed by Defendant Demetrius Render. On October 14, 2021, the Government obtained a one-count indictment charging Defendant with possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g). [Doc. 1, p. 1]. Defendant appeared in this District on May 10, 2022. [Doc. 9]; [Doc. 10]. The magistrate judge appointed the Federal Defenders of the Middle District of Georgia, Inc. to represent him on the same day. [Doc. 4]. Defendant is currently out of custody on conditions of release.

Defendant seeks a continuance because his attorney cannot adequately represent Defendant without completing additional investigation and discussing the information obtained from the investigation with Defendant and anticipates using the information obtained from the investigation to assist in completing plea negotiations. [Doc. 18, pp. 1–2, ¶ 3]. Accordingly, the Court **GRANTS** the Defendant's Unopposed Motion to

Continue [Doc. 18], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—October 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 6th day of July, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**