# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**DEMETRIUS RENDER,**<br><br>   *Defendant.* | **CRIMINAL ACTION NO.**<br>**5:21-cr-00058-TES-CHW-1** |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
### TRIAL IN THE INTEREST OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 21] filed by Defendant Demetrius Render. On October 14, 2021, the Government obtained a one-count indictment charging Defendant with Possession of a Firearm by a Convicted Felon. [Doc. 1, p. 1]. He pled "Not Guilty" on May 10, 2022. [Doc. 13].

At the Pretrial Conference held on September 14, 2022, the parties stated that another continuance is necessary because they "need additional time . . . to finalize investigations into this [case]" and "discuss [possible] resolutions." [Doc. 21, p. 1]. Based on these representations to the Court, it **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 21]. Accordingly, this case is **CONTINUED** to the Court's next regularly scheduled Trial Term—December 12, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(i). The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the

considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 15th day of September, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
